**Fill in this information to identify the case:**

Debtor 1  TRACY R. HAYWOOD

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle    District of Georgia
                                                         (State)

Case number  12-11113-AEC

---

Official Form 410S1
# Notice of Mortgage Payment Change                                           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A. as Trustee for LSF6 Bermuda MRA Trust

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 0 3

**Date of payment change:**
Must be at least 21 days after date of this notice    05/01/2017

**New total payment:**  $ 560.69
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:  $ 208.44          New escrow payment:  $ 275.21

### Part 2:  Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %          New interest rate: _____ %

Current principal and interest payment: $ _____          New principal and interest payment: $ _____

### Part 3:  Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

Reason for change _____

Current mortgage payment: $ _____          New mortgage payment: $ _____

---

Debtor 1  TRACY R. HAYWOOD
First Name   Middle Name   Last Name

Case number (if known) 12-11113-AEC

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor

☐ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ BRANDI R. LESESNE
Signature

Date 04/06/2017

Print:  BRANDI R.     LESESNE
First Name   Middle Name   Last Name

Title  ATTORNEY FOR CREDITOR

Company  BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP

Address  4004 BELT LINE ROAD  SUITE 100
Number     Street

ADDISON, TEXAS 75001
City      State    ZIP Code

Contact phone _____ ____ _____

Email  GA.MD.ECF@BDFGROUP.COM

# CERTIFICATE OF SERVICE

I hereby certify that on April 06, 2017, a true and correct copy of the Notice of Mortgage Payment Change was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        LEVINE & BLOCK, LLP

BY: /s/ BRANDI R. LESESNE    04/06/2017
    BRANDI R. LESESNE
    GA NO. 141970
    4004 BELT LINE ROAD SUITE 100
    ADDISON , TX 75001
    Facsimile: (972) 661-7725
    E-mail: GA.MD.ECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
TRACY R. HAYWOOD
560 BURNUM STREET
PELHAM, GA  31779

TRACY R. HAYWOOD
560 BURUM STREET
PELHAM, GA  31779

**DEBTOR'S ATTORNEY:**
F. ANTHONY BLAKEY
2539 LAFAYETTE PLAZA DRIVE
P.O. BOX 70879
ALBANY, GA  31708

**TRUSTEE:**
KRISTIN HURST
P.O. BOX 1907
COLUMBUS, GA  31902-1907