UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

IN RE:                                                    CASE NO. 12-11113-AEC
CHAPTER 13

Tracy R. Haywood

JUDGE AUSTIN E. CARTER

DEBTOR                                    NOTICE OF FINAL CURE PAYMENT

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BSI Financial Services

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 2780 | $8,606.89 | $8,606.89 | $9,996.95 |
| Total Amount Paid by Trustee | | | | $9,996.95 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit          ___  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S. C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

Tracy R. Haywood
560 Burum Street
Pelham, GA 31779

(Debtor)

Bsi Financial Services
Po Box 679002
Dallas, TX  752679002

(Creditor)

Barrett, Daffin, Frappier, Levine And Block
4004 Belt Line Rd, Ste 100
Addison, TX  75001-0000

(Attorney for Creditor)

Bsi Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038-0000

(Notice)

Kelley, Lovett And Blakey, P.C.

(Counsel for Debtor)


United States Trustee


Date:  2/8/2018

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

/s/ A. Kristin Hurst
OFFICE OF THE
CHAPTER 13 TRUSTEE